Delbert L. THOMAS, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 66314.

Missouri Court of Appeals, Western District.

Nov. 21, 2006.

Ruth B. Sanders, Appellate District Defender, Kansas City, MO, for Appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Daniel N. McPherson, Assistant Attorney General, Jefferson City, MO, for Respondent.

Before HOWARD, C.J., and BRECKENRIDGE and HOLLIGER, JJ.

### Order

PER CURIAM.

Delbert L. Thomas appeals the denial of his Rule 29.15 motion for post-conviction relief. The motion court's findings and conclusions that Thomas's trial counsel was not ineffective are not clearly erroneous. Because a published opinion would have no precedential value, a memorandum has been provided to the parties.

The motion court's judgment is affirmed. Rule 84.16(b).